SAME *v.* SAME. — Order directed allowing guardian *ad litem* fifty dollars in addition to the sum already received.

JAMES HARDEN, *Respondent, v.* LATHROP GARDNER POPE and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements to abide event.

SAME *v.* SAME. — Order reversed, and motion to change the place of trial granted, with ten dollars costs and disbursements to abide event.

HULDAH H. CLAPP, *Appellant, v.* ROBERT C. CLAPP, *Individually, and as Executor, etc., Respondent, Impleaded, etc.*—Order affirmed on opinion of BARRETT, J., with costs to abide event.

JACOB K. LOCKMAN, *as Executor, etc., Plaintiff, v.* THOMAS J. REILLY, *Defendant.* — Order reversed, with ten dollars costs and disbursements and expenses, as stated in the opinion. Opinion by DANIELS, J.

JAMES R. TURNER, *Respondent, v.* FIRE INSURANCE COMPANY OF PHILADELPHIA, *Appellant.* — Order affirmed. Opinion *Per Curiam.*

IN THE MATTER OF ANN M. SCHROEDER. — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

SAMUEL JACKSON, *Respondent, v.* THE UNION FERRY COMPANY OF BROOKLYN, *Appellant.* — Order reversed, motion granted removing action from this court to Kings county, costs to abide event.

HENRY W. SHARPLESS and others, *Respondents, v.* WALTER K. LITS, *Appellant, Impleaded, etc.* — Order modified requiring the plaintiffs to elect within ten days after decision, between the order of arrest and the attachment, which to retain, and vacating the order of arrest or the attachment according to such election, and as modified affirmed, without costs.

SAME *v.* SAME. — If the plaintiffs elect to continue the attachment, order reversed, and order directed requiring additional security to be given on attachment to the amount of $2,500; and if the plaintiffs elect to hold the order of arrest, the appeal from this order dismissed, without costs.

GEORGE H. BEND, *Respondent, v.* ELISHA RUCKMAN, *Appellant.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

NATIONAL FIRE INSURANCE COMPANY *v.* CELLULOID SHOE PROTECTOR COMPANY, *Respondent,* and ELIZA G. WILSON, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.

WILLIAM J. DAVIDSON, *as General Guardian, etc., Appellant, v.* HENRY H. BELL, *Respondent.* — Judgment affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents, v.* THOMAS McDONNELL, *Appellant.* — Judgment affirmed.

JOHN E. STYLES, *Respondent, v.* JOHN B. FULLER, *Appellant.* — Judgment affirmed.